# Court of Appeals
# of the State of Georgia

ATLANTA,____May 17, 2013_____

*The Court of Appeals hereby passes the following order:*

**A13A1772. ANTHONY LAMAR MATTOX, et al. v. U. S. BANK NATIONAL ASSOCIATION.**

This case originated as a dispossessory proceeding in magistrate court. After an adverse ruling, defendants Anthony Lamar Mattox and Colleen Lester Mattox appealed to the superior court, which issued a writ of possession in favor of the plaintiff. The defendants filed this direct appeal.

We lack jurisdiction. Because the order at issue disposes of a de novo appeal from a magistrate court decision, the defendants were required to follow the discretionary appeal procedure. See OCGA § 5-6-35 (a) (1); *English v. Delbridge*, 216 Ga. App. 366, 367 (454 SE2d 175) (1995). The defendants' failure to do so deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,_05/17/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____, *Clerk.*